CHRISTINA GUEROLA SARCHIO (appearance *pro hac vice*)
csarchio@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

RANDALL S. LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS SILKOWKSI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>APPLE, INC., a California corporation, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-02338-JD<br><br>Case No. 3:16-cv-03017-JD<br><br>**DEFENDANT APPLE INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS COMPLAINTS**<br><br>Date:   December 15, 2016<br>Time:   3:00 p.m.<br>Courtroom: 11, 19th Floor<br>Judge:   Hon. James Donato |
| COLLEEN PALOMINO and IRENE MCDONNELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>APPLE, INC., a California corporation, and DOES 1 to 50, inclusive,<br><br>Defendants. | |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Apple Inc. ("Apple") respectfully submits the attached "Order Granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint," *Candelario v. Rip Curl, Inc.*, 16-cv-00963 (C.D. Cal. Sept. 7, 2016) in support of Apple's Motion to Dismiss Complaints.  The Order is attached hereto as **Exhibit A**.

Dated: October 13, 2016                     /s/ Christina G. Sarchio
                                            CHRISTINA G. SARCHIO
                                            Orrick, Herrington & Sutcliffe LLP