**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Gary F. Lynch (PA 56887)
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Facsimile: 412.231.0246
glynch@carlsonlynch.com

**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia St., Ste. 603
San Diego, California 92101
Telephone: 619.762.1910
Facsimile: 619.756.6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff Thomas Silkowski*
*(Defense counsel listed on signature page)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THOMAS SILKOWSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a CALIFORNIA corporation, and DOES 1- 50, inclusive,<br><br>Defendant. | Case No. 3:16-cv-02338-JD<br><br>**STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff Thomas Silkowski and Defendant Apple Inc. hereby stipulate to the voluntary dismissal of this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED AND AGREED.**

S

| | |
|---|---|
| May 4, 2018 | */s/ Gary F. Lynch* <br> **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** <br> Gary F. Lynch (PA 56887) <br> 1133 Penn Ave., 5th Floor <br> Pittsburgh, PA 15222 <br> Telephone: 412.322.9243 <br> Facsimile: 412.231.0246 <br> glynch@carlsonlynch.com <br><br> Todd D. Carpenter (CA 234464) <br> 1350 Columbia St., Ste. 603 <br> San Diego, California 92101 <br> Telephone: 619.762.1910 <br> Facsimile: 619.756.6991 <br> tcarpenter@carlsonlynch.com <br><br> *Attorneys for Plaintiff* |
| May 4, 2018 | */s/ Christina Guerola Sarchio* <br> **DECHERT LLP** <br> Christina Guerola Sarchio (*pro hac vice*) <br> 1900 K Street, NW <br> Washington, District of Columbia 20006 <br> Telephone: 202.261.3300 <br> Facsimile: 202.261.3333 <br> christina.sarchio@dechert.com <br><br> H. Joseph Escher (CA 85551) <br> One Bush Street, Suite 1600 <br> San Francisco, California 94111 <br> Telephone: 415.262.4500 <br> Facsimile: 415.262.4555 <br> h.joseph.escher@dechert.com <br><br> *Attorneys for Defendant* |

**Attestation Pursuant to L.R. 5-1(i)(3)**

Pursuant to Local Rule 5.1(i)(3), I, Gary F. Lynch, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this Friday, May 4, 2018, in Pittsburgh, Pennsylvania.

<em>/s/ Gary F. Lynch</em>